■ 220-2 EAST 85TH ST., INC., et al., Appellants, v. MARVIN FASTENBERG et al., Respondents.— Judgment unanimously reversed, on the law, without costs, and the action remanded to Special Term to make findings as to the disputed factual issues. The findings of the court do not adequately comply with section 440 of the Civil Practice Act, which requires the decision of the court to state the essential facts. (*Hurwitz* v. *Hurwitz*, 3 A D 2d 1009; *Steel Co. of So. Cal.* v. *Associated Metals & Mins. Corp.*, 277 App. Div. 687; *Mason* v. *Lory Dress Co.*, 277 App. Div. 660.) Concur — Valente, J. P., McNally, Stevens and Eager, JJ.

■ HELMSLEY-SPEAR, INC., Appellant, v. MARSHALL GOLDMAN et al., Respondents.— Order entered on September 20, 1960, granting defendants' motion for summary judgment pursuant to rule 113 of the Rules of Civil Practice, dismissing the complaint, and from the judgment entered thereon on October 3, 1960, in favor of defendants and against plaintiff in the sum of $494.95 costs and disbursements, unanimously affirmed, with costs to respondents. No opinion. Concur — Valente, J. P., McNally, Stevens and Eager, JJ.

■ GOVERNMENT OF THE ARGENTINE REPUBLIC et al., Respondents, v. GAYLEN MACHINERY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Valente, J. P., McNally, Stevens and Eager, JJ.

■ MILFORD FRANKLIN, Appellant, v. S. M. BARR et al., Respondents, et al., Defendants.— Order entered on January 25, 1961, insofar as it grants defendants-respondents' cross motion to dismiss the complaint as against them, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Valente, J. P., McNally, Stevens and Eager, JJ.

■ In the Matter of LITTLE SWEDEN, INC., Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Valente, J. P., McNally, Stevens and Eager, JJ.

■ In the Matter of the Accounting of EMIL L. LANE et al., as Administrators of the Estate of HARRY LEE, Deceased, Appellants. PEARL ADLER, Respondent.— Order entered on June 15, 1959, denying appellants' motion for a new hearing, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Decree unanimously affirmed, with costs to the respondent. No opinion. Concur — Valente, J. P., McNally, Stevens and Eager, JJ.

■ ARNALDO MARICHAL, an Infant, by PAULA VAZQUEZ, His Guardian ad Litem, et al., Appellants, v. AMERICAN NATIONAL RED CROSS, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.